ECF Western District of Wisconsin

## U.S. District Court

## Western District of Wisconsin

### Notice of Electronic Filing

The following transaction was entered on 3/31/2026 at 2:52 PM CDT and filed on 3/31/2026
**Case Name:**          Sodemann, Jason v. Melnick, Joshua et al
**Case Number:**      3:22-cv-00374-wmc
**Filer:**
**Document Number:** 163(No document attached)

**Docket Text:**
**\*\* TEXT ONLY ORDER \*\***
**Plaintiff has filed a motion for an order requiring the attendance at trial, either in person or by Zoom, of the following inmates: Stephane Kingue, James Cansler, Spencer Potts, Michael Becker, and Colin Habram. (Dkt. #[157].) Plaintiff seeks writs of habeas corpus ad testificandum for these witnesses and a subpoena for Habram, who does not agree to attend trial voluntarily. Defendants have filed a motion for a writ of habeas corpus ad testificandum and subpoena for inmate Eric Prunn, who does not agree to attend trial voluntarily. (Dkt. #[161].) The motions are GRANTED and the clerk of court shall issue subpoenas for Habram and Prunn. The parties should also contact the clerk's office to arrange for all of the inmate witnesses to testify by Zoom rather than in person. Signed by District Judge William M. Conley on 3/31/2026. (jls),(ps)**